# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNA M. SCHWARTZ**<br><br>Plaintiff,<br><br>**v.**<br><br>**FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br>Defendant, | Case No: **5:17-cv-00568-MRW**<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER TO DISMISS CASE** |

# ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: __December 30___, 2019           _____/s/_____

                                        Honorable Judge Michael R. Wilner